# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA QUIST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-06618 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| PARK TOWER CONDOMINIUM ASSOCIATION and THE HABITAT COMPANY, | ) ) ) | Magistrate Young B. Kim |
| | ) | |
| Defendants. | ) | |

## DEFENDANT PARK TOWER CONDOMINIUM ASSOCIATION'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Park Tower Condominium Association states that after a diligent review, it has identified no affiliates.

DATED: January 3, 2023

Respectfully submitted:

Park Tower Condominium Association

By: /s/ *Rachel M. Mineo*
One of its attorneys

Kristine S. Phillips
Rachel M. Mineo
O'Hagan Meyer, LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 3rd day of January 2023, I electronically filed **Defendant Park Tower Condominium Association's Disclosure Statement,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Mason S. Cole
Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
PH: (312) 548-8610
mcole@colesadkin.com


/s/ *Rachel M. Mineo*
Rachel M. Mineo
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
rmineo@ohaganmeyer.com