**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AMANDA QUIST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-06618 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| PARK TOWER CONDOMINIUM | ) | Magistrate Young B. Kim |
| ASSOCIATION and THE HABITAT COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Defendants, Park Tower Condominium Association and The Habitat Company, by their attorneys, Kristine S. Phillips and Rachel M. Mineo of O'Hagan Meyer LLC, move this Court for an extension of time to file their responsive pleadings to Plaintiff's Complaint. In support of their motion, Defendants state as follows:

1. Plaintiff filed her Complaint on November 28, 2022. (Doc. 01)

2. Defendant The Habitat Company was served on December 12, 2022.

3. Defendant The Habitat Company's response to the Complaint is currently due to be filed by January 3, 2023.

4. Defendant Park Tower Condominium Association was served on December 16, 2022.

5. Defendant Park Tower Condominium Association's response to the Complaint is currently due to be filed by January 6, 2023.

6. The parties agreed to explore early resolution before Defendants respond to the Complaint. However, Defense Counsel was only recently retained and during the holidays has been unavailable to meaningfully discuss settlement. As such, Defendants require additional time

to explore early resolution of the matter through settlement.

7. On December 29, 2022, Defendants' counsel communicated with Plaintiff's counsel who indicated that Plaintiff has no objection to Defendants' request for an extension to respond to the Complaint.

8. As such, Defendants seek an extension of until January 17, 2023 to file their responsive pleading to the Complaint.

9. This is Defendants' first request for an extension.

10. Granting the relief requested in this motion will not delay the progress of this case or prejudice any party as no trial date has yet been set by this Court.

WHEREFORE, Defendants, Park Tower Condominium Association and The Habitat Company, respectfully requests this Court to grant Defendants an extension up to and including January 17, 2023, to file their responsive pleadings to Plaintiff's Complaint at Law, and for further relief this Court deems just.

Dated: January 3, 2023

                                  Respectfully submitted:

                                  Park Tower Condominium Association and The Habitat Company

                                By: /s/ *Rachel M. Mineo*
                                    One of their attorneys

Kristine S. Phillips
Rachel M. Mineo
O'Hagan Meyer, LLC
1 East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422.6100 (Telephone)
(312) 422.6110 (Facsimile)
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on this 3rd day of January, 2023, I electronically filed **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

<u>**ATTORNEY FOR PLAINTIFF:**</u>
Mason S. Cole
Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
mcole@colesadkin.com


<u>/s/ *Rachel M. Mineo*</u>
Rachel M. Mineo
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
rmineo@ohaganmeyer.com