IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA QUIST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-06618 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| PARK TOWER CONDOMINIUM ASSOCIATION and THE HABITAT COMPANY, | ) ) | Magistrate Young B. Kim |
| | ) | |
| Defendants. | ) | |

## DEFENDANT THE HABITAT COMPANY'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, The Habitat Company LLC states that it is 69% owned by Daniel E. Levin, 10% owned by Matthew G. Fiascone, 6% owned by Stephen F. Galler, and 6% owned by Sheila Byrne.

DATED: January 4, 2023

Respectfully submitted:

The Habitat Company

By: /s/ *Rachel M. Mineo*
One of their attorneys

Kristine S. Phillips
Rachel M. Mineo
O'Hagan Meyer, LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of January 2023, I electronically filed **Defendant The Habitat Company's Disclosure Statement,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Mason S. Cole
Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
PH: (312) 548-8610
mcole@colesadkin.com


/s/ *Rachel M .Mineo*
Rachel M. Mineo
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
Telephone: 312.422.6100
Facsimile: 312.422.6110
rmineo@ohaganmeyer.com