## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Amanda Quist

                                        Plaintiff,

v.                                                              Case No.: 1:22−cv−06618
                                                                               Honorable Rebecca R. Pallmeyer

Park Tower Condominium Association, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 5, 2023:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion for extension of time in which to file answer [8] to and including January 17, 2023 is granted. January 30, 2023 date for filing of the parties' Report of Planning Meeting stands. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.