IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA QUIST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-06618 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| PARK TOWER CONDOMINIUM | ) | Magistrate Young B. Kim |
| ASSOCIATION and THE HABITAT COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS
COUNTS VI AND VII OF PLAINTIFF'S COMPLAINT**

Defendants, Park Tower Condominium Association and The Habitat Company, through their attorneys, Kristine S. Phillips and Rachel M. Mineo of O'Hagan Meyer LLC, for their Motion to Dismiss Counts VI and VII of Plaintiff's Complaint, pursuant to Fed. R. Civ. Pro. 12(b)(6), state as follows:

1. On November 28, 2022, Plaintiff Amanda Quist ("Plaintiff") filed a Complaint against Defendants Park Tower Condominium Association and The Habitat Company. ("Defendants"). (Doc. #1). Therein, Plaintiff asserted seven counts including: Count I for housing discrimination based upon disability under the Federal Fair Housing Act 42 U.S.C. §3604(f) ("FHA"); Count II for retaliation in housing under the FHA; Count III for housing discrimination due to disability under the Illinois Human Rights Act 775 ILCS 5/3-101 et seq. ("IHRA"); Count IV for housing discrimination under the Cook County Human Rights Ordinance; Count V for disability discrimination in housing under the Chicago Fair Housing Ordinance §5-8-010 et seq.; Count VI for nuisance under Illinois state law; and Count VII for intentional infliction of emotional distress ("IIED") under Illinois state law.

2. Count VI fails to set forth a cause of action for nuisance because according to her Complaint, Plaintiff never possessed the property or resided in the building and as a result,

Defendants could not have substantially or unreasonably interfered with her property. Accordingly, Count VI should be dismissed pursuant to Federal Rule 12(b)(6).

3. Count VII fails to set forth a cause of action for IIED because Plaintiff has not asserted any conduct severe or outrageous enough to sustain a claim for IIED. As such, Plaintiff has not, as a matter of law, sufficiently stated a claim of IIED and accordingly, Count VII should be dismissed pursuant to Federal Rule 12(b)(6).

WHEREFORE, for these reasons and for those set forth in Defendants' Memorandum of Law in support of its Motion to Dismiss, PARK TOWER CONDOMINIUM ASSOCIATION and THE HABITAT COMPANY move this Court to dismiss Counts VI and VII of Plaintiff AMANDA QUIST's Complaint, pursuant to Fed. R. Civ. Pro. 12(b)(6), and for further relief this Court deems just.

Dated: January 17, 2023

                        Respectfully submitted:

                        Park Tower Condominium Association and The Habitat Company

                        By: /s/ *Kristine S. Phillips*
                             One of their attorneys

Kristine S. Phillips
Rachel M. Mineo
O'Hagan Meyer, LLC
1 East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422.6100 (Telephone)
(312) 422.6110 (Facsimile)
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

This is to certify that on this 17th day of January, 2023, I electronically filed **DEFENDANTS' MOTION TO DISMISS COUNTS VI AND VII OF PLAINTIFF'S COMPLAINT,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Mason S. Cole
Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
mcole@colesadkin.com

/s/ *Kristine S. Phillips*
Kristine S. Phillips
O'Hagan Meyer LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
kphillips@ohaganmeyer.com