# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA QUIST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-06618 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| PARK TOWER CONDOMINIUM ASSOCIATION and THE HABITAT COMPANY, | ) ) ) | Magistrate Young B. Kim |
| | ) | |
| Defendants. | ) | |

## BRIEFING ORDER

This matter having come before the Court on Defendants, Park Tower Condominium Association and The Habitat Company's, Motion to Dismiss Counts VI and VII of Plaintiff's Complaint, the Court being advised on the premises,

IT IS HEREBY ORDERED:

1. Plaintiff's response to said Motion shall be filed within 28 days, by February 14, 2023.

2. Defendants' Reply shall be filed within 14 days, by February 28, 2023.

DATED: January 18, 2023

ENTERED:

_____
Judge Rebecca R. Pallmeyer