## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| AMANDA QUIST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  22-cv-06618 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| PARK TOWER CONDOMINIUM | ) | Magistrate Young B. Kim |
| ASSOCIATION and THE HABITAT COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INITIAL STATUS REPORT

The parties have conferred as required by Rule 26(f), and jointly submit the following

discovery plan. *See* Fed. R. Civ. P. 26(f)(2); Fed. R. Civ. P. 26(f)(3); Fed. R. Civ. P. 16(b).

1. **Meeting.** Pursuant to Fed.R.Civ.P. 26(f), the attorneys of record for each party, identified below, conferred regarding this proposed schedule:

| | |
|---|---|
| Mason S. Cole (Lead Attorney)<br>COLE SADKIN, LLC<br>1652 West Belmont Avenue, Suite 1<br>Chicago, IL 60657<br>mcole@colesadkin.com<br>*Attorneys for Plaintiff* | Kristine S. Phillips (Lead Attorney)<br>Rachel M. Mineo<br>O'Hagan Meyer LLC<br>One East Wacker Dr., Suite 3400<br>Chicago, IL 60601<br>(312) 422-6100<br>kphillips@ohaganmeyer.com<br>rmineo@ohaganmeyer.com<br>*Attorneys for Defendants, Park Tower*<br>*Condominium Association and The Habitat*<br>*Company* |

2. Nature of the Case
    a. Describe generally the nature of the claims asserted in the complaint and any counterclaims.

    **Plaintiff alleges that Defendants refused Plaintiff's request for a reasonable accommodation and that Defendants have repeatedly and systemically harassed Plaintiff and placed unreasonable restrictions, demands, and conditions.  Defendants' actions prevented Plaintiff from purchasing her property and instead required her to incur significant carrying costs while**

**ultimately purchasing a nearby condo unit of similar size and quality for increased price due to the urgent need for a home. Plaintiff alleges seven counts against the Defendants: 1) Disability Discrimination in Housing under the Federal Fair Housing Act; 2) Disability Discrimination in Housing Under the Federal Fair Housing Act; 3) Disability Discrimination in Housing Under the Illinois Human Rights Act; 4) Disability Discrimination in Housing Under the Cook County Human rights Ordinance; 5) Disability Discrimination in Housing Under the Chicago Fair Housing Ordinance Federal Fair Housing Ordinance; 6) Nuisance; and 7) Intentional Infliction of Emotional Distress.**

**Defendants have not asserted any counterclaims at this time. Defendants seek the relief requested in their Motion to Dismiss Counts VI and VII of the Complaint filed on January 17, 2023. (Doc. No. 11).**

b. State the basis for federal jurisdiction. If jurisdiction over any claims is based on diversity or supplemental jurisdiction:

   i. state whether and, if so, why the amount in controversy exceeds the $75,000 jurisdictional threshold:

   ii. identify the state of citizenship of each named party. For unincorporated associations, LLCs, partnerships and other business entities that are not corporations, the state(s) in which any individual members of the business unit are citizens must be identified.
   NOTE: The report must address whether there is diversity of citizenship in any case in which supplemental jurisdiction over state law claims is asserted, so that the Court may exercise informed discretion about whether to resolve such claims in the event that the federal question claims are resolved or dismissed.

**Defendant Park Tower Condominium Association is a not-for-profit corporation organized under the laws of the State of Illinois and Defendant The Habitat Company, LLC is a limited liability corporation organized under the laws of the State of Illinois. As such, the Court has supplemental subject matter jurisdiction over Plaintiff's additional claims under 28 U.S.C. § 1367.**

3. Pre-trial Schedule.  The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

   **Whether Plaintiff is disabled within the meaning of the ADA; whether Plaintiff suffered an adverse housing action; whether Defendants failed to approve Plaintiff's request for an emotional support animal and whether such conduct was pretextual; whether Defendants retaliated against Plaintiff; whether a**

private nuisance existed; whether Plaintiff has sufficiently stated a claim for intentional infliction of emotional distress; whether Plaintiff suffered any damages and if so, what damages she may be entitled to; whether Plaintiff has mitigated her damages; whether Plaintiff requested a reasonable accommodation; whether Plaintiff was denied a reasonable accommodation; and whether Defendants engaged in the interactive process with Plaintiff.

b.  Disclosures pursuant to Fed.R.Civ.P 26(a)(1) will be made by:

**The parties propose to exchange initial disclosures pursuant to Fed.R.Civ.P 26(a)(1) by February 28, 2023.**

**The parties will complete fact discovery by September 30, 2023.**

c.  The parties have discussed discovery of electronically stored information (ESI). The parties acknowledge their obligation to take reasonable and proportionate steps for preserving relevant and discoverable ESI within their possession, custody, or control.  The parties acknowledge, further, that requests for ESI, and responses to those requests, must be reasonably targeted, clear, and as specific as practicable.  The parties propose the following methodologies for identifying ESI, eliminating duplicative ESI, developing filters or keywords for searches:

**The parties anticipate that discovery will include ESI and have agreed upon electronic service in native and/or pdf format and do not anticipate any issues at this time.**

d.  the general type of discovery needed:

**The parties anticipate the need for written and oral discovery, and anticipate the following depositions:**

**Plaintiff anticipates needing the depositions of four witnesses.**

**Defendant anticipates needing the depositions of three witnesses.**

e.  whether expert discovery is contemplated and, if so, dates by which disclosures under Federal Rule of Civil Procedure 26(a)(2) will be made and expert depositions completed:

**To the extent plaintiff discloses any experts, defendants reserve the right to disclose their rebuttal experts.**

f.  the date by which the parties must file any dispositive motions:

**The parties propose that dispositive motions be filed 60 days after all discovery including expert discovery is completed.**

4. Trial Schedule

    a. Final pretrial order: **Plaintiff to prepare proposed draft by October 31, 2023; Parties to file joint final pretrial order by November 30, 2023.**

    b. **The case should be ready for trial by December 15, 2023. Plaintiff has filed a jury demand. The parties anticipate the probable length of trial will be 4 days.**

5. Expected Evidentiary Proceedings:

**The parties do not anticipate any evidentiary hearings at this time.**

6. Settlement: **The parties have begun negotiations and settlement discussions remain ongoing at this time.**

7. Consent to Proceed Before a Magistrate Judge: **The parties do not unanimously consent to proceed before the Magistrate Judge.**

Respectfully submitted,

*/s/Mason Cole*
Mason Cole
COLE SADKIN, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
mcole@colesadkin.com
*Attorneys for Plaintiff*

*/s/Kristine S. Phillips*
Kristine S. Phillips
Rachel M. Mineo
O'HAGAN MEYER LLC
One East Wacker Dr., Suite 3400
Chicago, IL 60601
(312) 422-6100
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com
*Attorneys for Defendants, Park Tower Condominium Association and The Habitat Company*

CERTIFICATE OF SERVICE

       This is to certify that on this 30th day of January, 2023, I electronically filed JOINT INITIAL STATUS REPORT, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF:**
Mason S. Cole
Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
mcole@colesadkin.com


         /s/ *Kristine S. Phillips*
         Kristine S. Phillips
         O'Hagan Meyer LLC
         One East Wacker Dr., Suite 3400
         Chicago, IL 60601
         (312) 422-6100
         kphillips@ohaganmeyer.com
         *Attorneys for Defendants, Park Tower*
         *Condominium Association and The Habitat*
         *Company*