## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Amanda Quist

                         Plaintiff,

v.                                                      Case No.: 1:22−cv−06618
                                                         Honorable Rebecca R. Pallmeyer

Park Tower Condominium Association, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: As proposed by the parties in their recent status report [14], the court directs that the parties exchange initial disclosures pursuant to Fed. R. Civ. P 26(a)(1) by February 28, 2023. Fact discovery will be commenced in time to be completed by September 30, 2023. Dispositive motions, if any, shall be filed no later than 60 days after discovery is complete. If no such motion is filed, Plaintiff will prepare proposed draft by October 31, 2023; parties will file joint final pretrial order by November 30, 2023, and expect to be ready for trial by December 15, 2023. Parties are encouraged to initiate settlement negotiations and request the assistance of the court desired. Parties are directed to submit a report on the status of discovery and settlement efforts, on or before April 25, 2023. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.