**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **AMANDA QUIST,** | **)** | |
| | **)** | |
| *Plaintiff,* | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action No. Case No.: 2022-CV-06618** |
| | **)** | |
| **PARK TOWER CONDOMINIUM** | **)** | **Judge Rebecca R. Pallmeyer** |
| **ASSOCIATION** | **)** | |
| | **)** | **Magistrate Judge Young B. Kim** |
| and | **)** | |
| | **)** | |
| **THE HABITAT COMPANY,** | **)** | |
| | **)** | |
| *Defendants.* | **)** | |

_____

**NOTICE OF FILING**

**NOTICE OF FILING**

TO:    Kristine S Phillips
       Rachel Marie Mineo
       O'Hagan Meyer, LLC
       1 E. Wacker Drive. Ste 3400
       Chicago, IL 60601
       P: (312) 422-6100
       kphillips@ohaganmeyer.com
       RMineo@ohaganmeyer.com

PLEASE TAKE NOTICE THAT on February 14, 2023, the undersigned caused the following

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO**

**DISMISS COUNTS VI AND VII OF PLAINTIFF'S COMPLAINT**, to be electronically filed

with the Northern District of Illinois Clerk of the Court, a copy of which is attached.

Dated: February 14, 2023          Respectfully Submitted,


                  By:    /s/ Mason S. Cole_____
                       Mason S. Cole

Cole Sadkin, LLC
1652 West Belmont Avenue, Suite 1
Chicago, IL 60657
colesadkin.com
(312) 548-8610
mcole@colesadkin.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, hereby certifies that on February 14, 2023 she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

/s/ Rebecca Bach

Rebecca Bach