**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

| | |
|---|---|
| AMANDA QUIST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2022-CV-06618 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| ) | |
| ) | Magistrate Young B. Kim |
| PARK TOWER CONDOMINIUM ) | |
| ASSOCIATION and THE HABITAT ) | |
| COMPANY, ) | |

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Cesar Ramirez-Rojas ("Plaintiff") hereby provide the following initial disclosures. Plaintiff reserves the right to supplement these initial disclosures to the extent that any additional information may be obtained through discovery.

**I.     Individuals Likely to Have Discoverable Information Related to Plaintiff's Claims.**

- Plaintiff has information regarding the claim, damages and the instances that give rise to each of the causes of action.  Plaintiff can be contacted through her attorney.

- Timothy Patrico – Representative from Defendant Habitat Company.  Mr. Patrico would have knowledge of the refusal of Plaintiff's application for a service animal.

- Jaqueline Smith – Representative from Defendant Habitat Company.  Mr. Patrico would have knowledge of the refusal of Plaintiff's application for a service animal.

- Erin Booker – Real Estate Broker who will have knowledge of the facts that give rise to the claims in the lawsuit.

- Plaintiff reserves the right to supplement this response before trial or during the discovery process.

II. **Documents in Possession or control of Plaintiffs and related to Plaintiff's Claims.**

Plaintiff is in possession of the sales contract for the property, application for the support animal to the Homeowner's Association/Condo Association, email correspondence between the Plaintiff and agents and employees of the Defendants, hotel bills, sales contracts for the purchase of a new property, letters of denial, doctor's notes in support of the keeping of a support animal and other relevant documents. These documents are available for inspection or copying upon request. Plaintiff reserves the right to supplement if any other documents are located or obtained.

III. **Computation of Damages Claimed by Plaintiffs**

Plaintiff is entitled to statutory damages under the cause of action, costs of renting hotels after the collapse of the sale of the property in question, loss of value due to the need to purchase a new property more expensive than the property in question, liquidated damages and reasonable attorney's fees and costs. Plaintiff reserves the right to supplement these initial disclosures.

Respectfully submitted,

By: /s/ Mason S. Cole
One of Plaintiff's Attorneys

**COLE SADKIN LLC**
Mason S. Cole, ARDC No. 6307727
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
T: (312) 548-8610
mcole@colesadkin.com
*Counsel for Plaintiff*