IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| AMANDA QUIST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> PARK TOWER CONDOMINIUM ) <br> ASSOCIATION and THE HABITAT ) <br> COMPANY, ) | Case No.: 2022-CV-06618 <br><br> Judge Rebecca R. Pallmeyer <br><br> Magistrate Young B. Kim |

## JOINT CASE UPDATE

Pursuant to the Order of the Court entered on January 31, 2023 the Plaintiff now files this Joint Case Status, and as an update to the Honorable Court, State the following:

**Settlement:**

1. The Parties are engaging in settlement discussions. Both parties are attempting to resolve the matter without further litigation.

2. Defendants' have made an offer which was countered by the Plaintiff. Defendants' are discussing the counter-offer.

**Discovery:**

3. The Parties have issued their initial discovery disclosures but have not yet commenced formal written discovery.

4. The Parties have not issued d formal discovery as they await the Honorable Court's Ruling on the Defendants' Motion to Dismiss.

5. Defendants' Motion is fully briefed and has been taken under advisement by the Honorable Court.

**Pleadings:**

6. Defendants' have filed a Motion to dismiss which has been fully briefed.

7. The Motion is currently under advisement by the Honorable Court

Respectfully submitted,

By: /s/ Mason S. Cole
One of Plaintiff's Attorneys

By: /s/ Rachel M. Mineo
One of Defendants' Attorneys

**COLE SADKIN LLC**
Mason S. Cole, ARDC No. 6307727
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
T: (312) 548-8610
mcole@colesadkin.com
*Counsel for Plaintiff*

**O'HAGAN MEYER, LLC**
Kristine S. Phillips, ARDC No. 6273374
Rachel M. Mineo, ARDC No. 6302620
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
T: (312) 422-6100
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com
*Counsel for Defendants Park Tower*
*Condominium Association and The Habitat Company*