# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Amanda Quist

                Plaintiff,

v.                                         Case No.: 1:22−cv−06618
                                                Honorable Rebecca R. Pallmeyer

Park Tower Condominium Association, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 7, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion to dismiss is denied [11]. Enter Memorandum Opinion and Order. The parties are directed to submit a written status report on the status of discovery and settlement efforts on or before 6/29/2023. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.