## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

| | |
|---|---|
| AMANDA QUIST, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>PARK TOWER CONDOMINIUM )<br>ASSOCIATION and THE HABITAT )<br>COMPANY, ) | Case No.: 2022-CV-06618<br><br>Judge Rebecca R. Pallmeyer<br><br>Magistrate Young B. Kim |

## **JOINT STATUS REPORT**

Pursuant to the Minute Order of the Court entered on August 4, 2023 (Doc. # 24) the Parties report to this Honorable Court, the following status of the case:

**Settlement:**

1. The Parties are engaging in settlement discussions. Both parties are attempting to resolve the matter without further litigation.

2. Defendants' have made a new offer that Plaintiff is considering.

**Discovery:**

3. The Parties have issued their initial discovery disclosures and Plaintiff has responded to Defendant's formal written discovery requests. On August 24, 2023, Defendants' Counsel conferred telephonically with Plaintiff's Counsel regarding alleged deficiencies in Plaintiff's discovery responses. The parties are attempting to resolve these discovery disputes without the need for motion practice.

4. The Parties have not conducted formal oral discovery but are ready to begin depositions if settlement negotiations do not result in a settlement.

**Pleadings:**

5. In response to Defendants' Motion to Dismiss Counts VI and VII, Plaintiff voluntarily dismissed Count VI. Defendants' Motion to Dismiss was denied as to Count VII and Defendants have answered all pleadings at this time.

           Respectfully submitted,

           By: /s/ Mason S. Cole
           One of Plaintiff's Attorneys

           By: /s/ Rachel M. Mineo
           One of Defendants' Attorneys

**COLE SADKIN LLC**
Mason S. Cole, ARDC No. 6307727
1652 W. Belmont Ave., Ste. 1
Chicago, Illinois 60657
T: (312) 548-8610
mcole@colesadkin.com
*Counsel for Plaintiff*

**O'HAGAN MEYER, LLC**
Kristine S. Phillips, ARDC No. 6273374
Rachel M. Mineo, ARDC No. 6302620
One E. Wacker Dr., Ste. 3400
Chicago, IL 60601
T: (312) 422-6100
kphillips@ohaganmeyer.com
rmineo@ohaganmeyer.com
*Counsel for Defendants Park Tower*
*Condominium Association and The Habitat Company*