**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| AMANDA QUIST, | **)** | |
| | **)** | |
| *Plaintiff,* | **)** | |
| | **)** | |
| v. | **)** | **Civil Action No. Case No.: 2022-CV-06618** |
| | **)** | |
| PARK TOWER CONDOMINIUM | **)** | **Judge Rebecca R. Pallmeyer** |
| ASSOCIATION | **)** | |
| | **)** | **Magistrate Judge Young B. Kim** |
| and | **)** | |
| | **)** | |
| THE HABITAT COMPANY, | **)** | |
| | **)** | |
| *Defendants.* | **)** | |

<u>**PLAINTIFF'S DEFENDANTS' REQUESTS FOR DOCUMENTS DIRECTED TO
PLAINTIFF**</u>

Defendants, Park Tower Condominium Association (the "Association") and The Habitat Company, LLC ("Habitat" or "Defendant"), by its attorneys, Kristine S. Phillips and Rachel M. Mineo of O'Hagan Meyer LLC, propound the following Requests for Documents directed to Plaintiff, Amanda Quist, to be answered within 30 days, pursuant to Federal Rule of Civil Procedure 34:

<u>**RESPONSES TO DEFENDANT'S REQUESTS FOR DOCUMENTS**</u>

1. All documents, electronically stored information, and tangible things identified, used or referred to in any way in answering Defendants' interrogatories.

**<u>RESPONSE:</u>** Please see the attached produced documents labeled exhibit 1 through 21.

2. All documents, including but not limited to real estate contracts, correspondence between You and the sellers, and the contract termination related to Your potential purchase of the property commonly known as 5415 N. Sheridan Road, Unit 3303, Chicago, Illinois 60640.

**<u>RESPONSE:</u>** Please see the attached document production, notably, but not limited to, Exhibits 4, 5, 16, 17, 19 and 20.

3. All documents, including but not limited to real estate contracts, correspondence, and closing documents related to Your sale of the property commonly known as 6300 N. Sheridan Road, Unit 104, Chicago, Illinois.

**<u>RESPONSE:</u>** Plaintiff has no documents pertaining to this transaction but investigation



continues.  Plaintiff will supplement if or when documents are discovered.

4. All documents, including but not limited to real estate contracts, correspondence,  and closing documents related to Your purchase of the property commonly known as 777 North Michigan Avenue, Unit 2705, Chicago, IL 60611.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibits 7.

5. All documents which You contend support Your claim that Defendants denied your  Emotional Support Animal Application.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibits 4 and 5.

6. All documents including but not limited to communications, to/from, between and among, Plaintiff and Defendants.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibits 4, 5, 19 and 20.

7. All documents, including receipts, shipping updates, and tracking information,  relating to the allegations in paragraph 19 of Your Complaint, which You contend support Your  claim that you had items delivered to the Association.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibits 8 and 10.

8. All documents, including receipts, photographs and purchase confirmation relating  to the allegations in paragraph 21 of Your Complaint, which You contend support Your claim that  the Association kept a piece of furniture you were storing in the building.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibits 8 and 10.

9. All documents relating to the allegations in paragraph 17 of Your Complaint, which You contend support Your claim that Defendants disparaged the Plaintiff.

**RESPONSE:** The disparaging and racist remark alleged in paragraph 17 was made in person and was not recorded.  Plaintiff provides Exhibit 22, the video made by the Plaintiff after the incident leading to this lawsuit.

10. All documents relating to the allegations in paragraph 20 of Your Complaint, which You contend support Your claim that Defendants disparaged the Plaintiff during a second incident.

**RESPONSE:** The disparaging and racist remark alleged in paragraph 17 was made in person and was not recorded.  Plaintiff provides Exhibit 22, the video made by the Plaintiff after the incident leading to this lawsuit.


11. All documents, including but not limited to medical records, relating to the allegations in paragraph 18 of Your Complaint, which You contend support Your claim that You  suffered panic attacks and other physical effects after an interaction with Defendants.

**RESPONSE:**  Please see the attached document production, notably, but not limited to, Exhibits 15, 13 and 22.

12. All documents, including but not limited to tax records, relating to the allegations in paragraph 28 of Your Complaint, which You contend support Your claim that your substitute  unit had higher taxes than Unit 3303 in the Association.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibits 22 and 23.

13. All documents relating to the allegations in paragraph 24 of Your Complaint, which You contend support Your claim that You incurred approximately $16,000 in hotel bills after You terminated Your contract to purchase Unit 3303.

**RESPONSE:**  Please see the attached document production, notably, but not limited to, Exhibits1 through 3.

14. All documents relating to the allegations in paragraph 23 of Your Complaint, which You contend support Your claim that You forfeited $3,000 in earnest money.

**RESPONSE:** Please see the attached document production, notably, but not limited to, Exhibit 25..

15. All documents, including but not limited to statements, affidavits, declarations, or testimony relating to the allegations contained in Your Complaint.

**RESPONSE:** Please see the attached document production.

Dated: August 23, 2023                    Respectfully Submitted,


By: /s/ Mark Johnson

One of Plaintiff's Attorneys

COLE SADKIN LLC
Mason S. Cole
Dean Tatooles
Dean Barakat
Mark Johnson
1652 W BELMONT AVE, STE 1
CHICAGO, ILLINOIS 60657
T: (312) 548-8610
F: (312) 372-7076
Firm ID: 49001
mcole@colesadkin.com
mjohnson@colesadkin.com

VERIFICATION

Under penalties as provided by law, the undersigned, Amanda Quist, herein, certifies that the

statements set forth in the above Responses to Defendants' Requests to Produce are true and

correct, except as to matters therein stated to be on information and belief and, as to such matters,

the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: August 23, 2023

*Amanda Quist*
ID wdFYwSmc5ZAoewcBjga7rqVM
_____

Amanda Quist

Index:

Exhibit 1: W Hotel Bill/Invoice

Exhibit 2: Westin Hotel Bill/Invoice

Exhibit 3: Hampton Inn Bill/Invoice

Exhibit 4: Email correspondence between T. Patricio and A. Quist 9/27/2022

Exhibit 5: Text message with Real Estate Attorney calling off the purchase

Exhibit 6: Notes from condo association meeting

Exhibit 7: HUD from purchase of the 777 North Michigan Avenue

Exhibit 8: Photo of the opened package delivered

Exhibit 9: Photo of police report for March 27, 2023

Exhibit 10: Photo of returned mail

Exhibit 11: Photo of support animal Bethany

Exhibit 12: Photo of Service Dog Registration for Bethany

Exhibit 13: Photo of hair lost by the Plaintiff

Exhibit 14: Prescription for Emotional Support Animal

Exhibit 15: Letter from Jason Fajardo, MS, PA  - dated 2/15/23

Exhibit 16: Letter from Marvelous Beckman, LCSW – dated 9/8/21

Exhibit 17: Letter from Maxwell Arons, DO – dated 9/14/22

Exhibit 18: Order confirmation for Fisher Wallace Therapy Device

Exhibit 19: Blank Park Tower Service and Support Animal Application

Exhibit 20: Completed Service and Support Animal Application Medical Questionnaire

Exhibit 21: Online record of police report for past abuse causing trauma for Plaintiff

Exhibit 22: Tax assessment/bill for 5415 N. Sheridan

Exhibit 23: Tax Assessment/Bill for 777 North Michigan

Exhibit 24: Video created by Plaintiff after rejection of animal and loss of the unit (submitted electronically)

Exhibit 25: Mutual Cancellation Agreement

Exhibit 26: HUD for sale of 777 Michigan Property

W Chicago - City Center
172 West Adams Street
Chicago, IL 60603
United States Of America
Tel: 312-332-1200 Fax: 312-917-5771



# W

## HOTELS

Amanda Quist
6300 North Sheridan Rd
Chicago, IL, 60660
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 1446745 |
| Folio ID | : | A |
| Arrive Date | : | 16-SEP-22 | 15:22 |
| Depart Date | : | 20-SEP-22 | 13:30 |
| No. Of Guest | : | 2 |
| Room Number | : | 1701 |
| Marriott Bonvoy Number : | | 2248 |

Invoice Nbr : 1000303671

Copy Tax Invoice

Tax ID :

W Chicago-City Cntr SEP-20-2022 13:40 CBROW385

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 16-SEP-22 | 41802 | In Room Dining | 62.96 | |
| 16-SEP-22 | RT1701 | Room Chrg - Premium Retail | 507.00 | |
| 16-SEP-22 | RT1701 | State Tax | 60.33 | |
| 16-SEP-22 | RT1701 | County Tax | 5.07 | |
| 16-SEP-22 | RT1701 | City/Local Tax | 22.82 | |
| 16-SEP-22 | RT1701 | Miscellaneous | 100.00 | |
| 17-SEP-22 | 41819 | In Room Dining | 53.42 | |
| 17-SEP-22 | 18:02:54 | 18779468357 0:02 | 2.00 | |
| 17-SEP-22 | 41824 | In Room Dining | 44.89 | |
| 17-SEP-22 | 41831 | In Room Dining | 45.69 | |
| 17-SEP-22 | RT1701 | Room Chrg - Premium Retail | 374.00 | |
| 17-SEP-22 | RT1701 | State Tax | 44.51 | |
| 17-SEP-22 | RT1701 | County Tax | 3.74 | |
| 17-SEP-22 | RT1701 | City/Local Tax | 16.83 | |
| 18-SEP-22 | VI | Visa-8059 | | -1,343.26 |
| | | ***For Authorization Purpose Only*** | | |
| | xxxxxx8059 | | | |
| | Date | Time | Code | Authorized |

Continued on the next page



EXHIBIT

1

W Chicago - City Center
172 West Adams Street
Chicago, IL 60603
United States Of America
Tel: 312-332-1200 Fax: 312-917-5771



| | |
|---|---|
| Amanda Quist | |
| 6300 North Sheridan Rd | |
| Chicago, IL, 60660 | |
| United States Of America | |

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 1000303671 |
| Guest Number | : | 1446745 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 16-SEP-22 | 15:22 | | |
| Depart Date | : | 20-SEP-22 | 13:30 | | |
| No. Of Guest | : | 2 | | | |
| Room Number | : | 1701 | | | |
| Marriott Bonvoy Number | : | 2248 | | | |

16-SEP-22    13:57    029544    7,761.60

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 18-SEP-22 | 41838 | In Room Dining | 57.51 | |
| 18-SEP-22 | RT1701 | Room Chrg - Premium Retail | 425.00 | |
| 18-SEP-22 | RT1701 | State Tax | 50.58 | |
| 18-SEP-22 | RT1701 | County Tax | 4.25 | |
| 18-SEP-22 | RT1701 | City/Local Tax | 19.13 | |
| 19-SEP-22 | 41862 | In Room Dining | 45.42 | |
| 19-SEP-22 | 41869 | In Room Dining | 72.51 | |
| 19-SEP-22 | RT1701 | Room Chrg - Premium Retail | 572.00 | |
| 19-SEP-22 | RT1701 | State Tax | 68.07 | |
| 19-SEP-22 | RT1701 | County Tax | 5.72 | |
| 19-SEP-22 | RT1701 | City/Local Tax | 25.74 | |
| 20-SEP-22 | 41891 | In Room Dining | 52.51 | |
| 20-SEP-22 | CB | Early Departure Charge | 719.00 | |
| 20-SEP-22 | CB | State Tax | 85.56 | |
| 20-SEP-22 | CB | County Tax | 7.19 | |
| 20-SEP-22 | CB | City/Local Tax | 32.36 | |
| 20-SEP-22 | VI | Visa-8059 | | -2,242.55 |

***For Authorization Purpose Only***
xxxxxx8059

| Date | Time | Code | Authorized |
|---|---|---|---|

Continued on the next page

W Chicago - City Center
172 West Adams Street
Chicago, IL 60603
United States Of America
Tel: 312-332-1200 Fax: 312-917-5771



H O T E L S

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Amanda Quist | | Page Number | : | 3 | | Invoice Nbr | : | 1000303671 |
| 6300 North Sheridan Rd | | Guest Number | : | 1446745 | | | |
| Chicago, IL, 60660 | | Folio ID | : | A | | | |
| United States Of America | | Arrive Date | : | 16-SEP-22 | 15:22 | | |
| | | Depart Date | : | 20-SEP-22 | 13:30 | | |
| | | No. Of Guest | : | 2 | | | |
| | | Room Number | : | 1701 | | | |
| | | Marriott Bonvoy Number | : | 2248 | | | |

| | | | |
|---|---|---|---|
| 20-SEP-22 | 13:30 | 007309 | 2,242.55 |

Approve EMV Receipt for VI - 8059: Signature Captured
TC:EAF47F05BF873E6B  IAD:06061203A0A000  TVR:8080008000
AID:A0000000031010  Application Label:VISA DEBIT

| | | |
|---|---|---|
| ** Total | 3,585.81 | -3,585.81 |
| *** Balance | -0.00 | |

I agreed to pay all room & incidental charges.

Tell us about your stay. www.whotels.com/reviews for your next jet-set adventure!

Signature_____

Make your home the next great escape. Shop WHotelsTheStore.com

Westin Michigan Avenue
909 North Michigan Avenue
Chicago, IL 60611
United States
Tel: 312-943-7200 Fax: 312-397-5580

# WESTIN®
## HOTELS & RESORTS

Amanda Quist
6300 N SHERIDAN RD
CHICAGO, IL, 606601750
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : 1000293021 |
| Guest Number | : | 2377435 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 20-SEP-22 | 13:19 | | |
| Depart Date | : | 04-OCT-22 | 15:54 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 615 | | | |
| Marriott Bonvoy Number | : | 2248 | | | |

Copy Tax Invoice

Tax ID :

Westin Michiga CHIWI OCT-04-2022 16:00 LBUEN703

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-SEP-22 | RT615 | Room Chrg - Other Discount | 289.00 | |
| 20-SEP-22 | RT615 | State Tax | 34.39 | |
| 20-SEP-22 | RT615 | County Tax | 2.89 | |
| 20-SEP-22 | RT615 | City/Local Tax | 13.01 | |
| 21-SEP-22 | RT615 | Room Chrg - Other Discount | 289.00 | |
| 21-SEP-22 | RT615 | State Tax | 34.39 | |
| 21-SEP-22 | RT615 | County Tax | 2.89 | |
| 21-SEP-22 | RT615 | City/Local Tax | 13.01 | |
| 22-SEP-22 | RT615 | Room Chrg - Other Discount | 289.00 | |
| 22-SEP-22 | RT615 | State Tax | 34.39 | |
| 22-SEP-22 | RT615 | County Tax | 2.89 | |
| 22-SEP-22 | RT615 | City/Local Tax | 13.01 | |
| 23-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 23-SEP-22 | RT615 | State Tax | 24.87 | |
| 23-SEP-22 | RT615 | County Tax | 2.09 | |
| 23-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 24-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 24-SEP-22 | RT615 | State Tax | 24.87 | |
| 24-SEP-22 | RT615 | County Tax | 2.09 | |
| 24-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 25-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |

Continued on the next page



Westin Michigan Avenue
909 North Michigan Avenue
Chicago, IL 60611
United States
Tel: 312-943-7200 Fax: 312-397-5580

# WESTIN®
## HOTELS & RESORTS

Amanda Quist
6300 N SHERIDAN RD
CHICAGO, IL, 606601750
United States Of America

| | | | | |
|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : 1000293021 |
| Guest Number | : | 2377435 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 20-SEP-22 | 13:19 | |
| Depart Date | : | 04-OCT-22 | 15:54 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 615 | | |
| Marriott Bonvoy Number : | | 2248 | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 25-SEP-22 | RT615 | State Tax | 24.87 | |
| 25-SEP-22 | RT615 | County Tax | 2.09 | |
| 25-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 26-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 26-SEP-22 | RT615 | State Tax | 24.87 | |
| 26-SEP-22 | RT615 | County Tax | 2.09 | |
| 26-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 27-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 27-SEP-22 | RT615 | State Tax | 24.87 | |
| 27-SEP-22 | RT615 | County Tax | 2.09 | |
| 27-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 28-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 28-SEP-22 | RT615 | State Tax | 24.87 | |
| 28-SEP-22 | RT615 | County Tax | 2.09 | |
| 28-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 29-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 29-SEP-22 | RT615 | State Tax | 24.87 | |
| 29-SEP-22 | RT615 | County Tax | 2.09 | |
| 29-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 30-SEP-22 | 2773 | Restaurant | 111.00 | |
| 30-SEP-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 30-SEP-22 | RT615 | State Tax | 24.87 | |
| 30-SEP-22 | RT615 | County Tax | 2.09 | |
| 30-SEP-22 | RT615 | City/Local Tax | 9.41 | |
| 01-OCT-22 | RT615 | Room Chrg - Other Discount | 209.00 | |

Continued on the next page

Westin Michigan Avenue
909 North Michigan Avenue
Chicago, IL  60611
United States
Tel: 312-943-7200 Fax: 312-397-5580

# WESTIN®

## HOTELS & RESORTS

Amanda Quist
6300 N SHERIDAN RD
CHICAGO, IL, 606601750
United States Of America

| | | | | |
|---|---|---|---|---|
| Page Number | : | 3 | Invoice Nbr | : 1000293021 |
| Guest Number | : | 2377435 | | |
| Folio ID | : | A | | |
| Arrive Date | : | 20-SEP-22 | 13:19 | |
| Depart Date | : | 04-OCT-22 | 15:54 | |
| No. Of Guest | : | 1 | | |
| Room Number | : | 615 | | |
| Marriott Bonvoy Number | : | 2248 | | |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 01-OCT-22 | RT615 | State Tax | 24.87 | |
| 01-OCT-22 | RT615 | County Tax | 2.09 | |
| 01-OCT-22 | RT615 | City/Local Tax | 9.41 | |
| 02-OCT-22 | VI | Visa-8059 | | -3337.20 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8059 | | |

| Date | Time | Code | Authorized |
|---|---|---|---|
| 20-SEP-22 | 13:17 | 044743 | 3771.45 |

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 02-OCT-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 02-OCT-22 | RT615 | State Tax | 24.87 | |
| 02-OCT-22 | RT615 | County Tax | 2.09 | |
| 02-OCT-22 | RT615 | City/Local Tax | 9.41 | |
| 03-OCT-22 | 00650 | Parking | 50.00 | |
| 03-OCT-22 | RT615 | Room Chrg - Other Discount | 209.00 | |
| 03-OCT-22 | RT615 | State Tax | 24.87 | |
| 03-OCT-22 | RT615 | County Tax | 2.09 | |
| 03-OCT-22 | RT615 | City/Local Tax | 9.41 | |
| 04-OCT-22 | VI | Visa-8059 | | -540.74 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8059 | | |

| Date | Time | Code | Authorized |
|---|---|---|---|
| 02-OCT-22 | 02:20:48 | 010716 | 520.95 |
| 03-OCT-22 | 02:40:06 | 024328 | 100.00 |

Continued on the next page

Westin Michigan Avenue
909 North Michigan Avenue
Chicago, IL 60611
United States
Tel: 312-943-7200 Fax: 312-397-5580

# WESTIN®

## HOTELS & RESORTS

Amanda Quist
6300 N SHERIDAN RD
CHICAGO, IL, 606601750
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 4 | Invoice Nbr | : | 1000293021 |
| Guest Number | : | 2377435 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 20-SEP-22 | 13:19 | | |
| Depart Date | : | 04-OCT-22 | 15:54 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 615 | | | |
| Marriott Bonvoy Number | : | 2248 | | | |

Approve EMV Receipt for VI - 8059: Signature Captured
TC:9162C1EF178BA6B6  IAD:06061203A02000  TVR:8080008000
AID:A0000000031010  Application Label:VISA DEBIT

| | | |
|---|---|---|
| ** Total | 3877.94 | -3877.94 |
| *** Balance | -0.00 | |

I agreed to pay all room & incidental charges.

Stay well, no matter where you travel. Reconnect with your well-being and find your next destination at westin.com.

Tell us about your stay. www.westin.com/reviews

Bring the Westin experience home. Shop WestinStore.com.



CHICAGO NORTH/LOYOLA STATION
1209 ALBION AVE
CHICAGO, IL 60626
United States of America
TELEPHONE 312-265-5800 • FAX 312-896-5990
Reservations
www.hilton.com or 1 800 HILTONS

QUIST, AMANDA

7944 PEARL ST

VENTURA CA 93004
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 506/NQRR |
| Arrival Date: | 9/8/2022 12:21:00 PM |
| Departure Date: | 9/16/2022 1:04:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | JKOWALIK1 |
| Room Rate: | 286.03 |
| AL: | |
| HH # | 1416245585 SILVER |
| VAT # | |
| Folio No/Che | 190288 A |

Confirmation Number: 98204249

CHICAGO NORTH/LOYOLA STATION 9/16/2022 1:03:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 9/8/2022 | 612665 | VS *8059 | ($5,605.20) |
| 9/8/2022 | 612691 | *TREAT SHOP | $9.00 |
| 9/8/2022 | 612692 | INTERNET ACCESS | $34.65 |
| 9/8/2022 | 612706 | *BOTTLED WATER | $6.00 |
| 9/8/2022 | 612707 | *BOTTLED SODA | $3.00 |
| 9/8/2022 | 612828 | GUEST ROOM | $238.72 |
| 9/8/2022 | 612828 | STATE OCCUPANCY TAX | $28.41 |
| 9/8/2022 | 612828 | CITY OCCUPANCY TAX | $10.74 |
| 9/8/2022 | 612828 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/9/2022 | 613127 | GUEST ROOM | $238.72 |
| 9/9/2022 | 613127 | STATE OCCUPANCY TAX | $28.41 |
| 9/9/2022 | 613127 | CITY OCCUPANCY TAX | $10.74 |
| 9/9/2022 | 613127 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/10/2022 | 613448 | GUEST ROOM | $238.72 |
| 9/10/2022 | 613448 | STATE OCCUPANCY TAX | $28.41 |
| 9/10/2022 | 613448 | CITY OCCUPANCY TAX | $10.74 |
| 9/10/2022 | 613448 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/12/2022 | 613990 | *BOTTLED SODA | $3.00 |
| 9/12/2022 | 614178 | GUEST ROOM | $238.72 |
| 9/12/2022 | 614178 | STATE OCCUPANCY TAX | $28.41 |
| 9/12/2022 | 614178 | CITY OCCUPANCY TAX | $10.74 |
| 9/12/2022 | 614178 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/13/2022 | 614341 | INTERNET ACCESS | $34.65 |
| 9/13/2022 | 614512 | GUEST ROOM | $238.72 |
| 9/13/2022 | 614512 | STATE OCCUPANCY TAX | $28.41 |
| 9/13/2022 | 614512 | CITY OCCUPANCY TAX | $10.74 |
| 9/13/2022 | 614512 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/14/2022 | 614671 | *BOTTLED SODA | $3.00 |
| 9/14/2022 | 614672 | *TREAT SHOP | $6.00 |
| 9/14/2022 | 614686 | *BOTTLED SODA | $3.00 |
| 9/14/2022 | 614835 | GUEST ROOM | $238.72 |
| 9/14/2022 | 614835 | STATE OCCUPANCY TAX | $28.41 |
| 9/14/2022 | 614835 | CITY OCCUPANCY TAX | $10.74 |
| 9/14/2022 | 614835 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/15/2022 | 615139 | GUEST ROOM | $238.72 |
| 9/15/2022 | 615139 | STATE OCCUPANCY TAX | $28.41 |
| 9/15/2022 | 615139 | CITY OCCUPANCY TAX | $10.74 |
| 9/15/2022 | 615139 | COUNTY OCCUPANCY TAX | $2.39 |
| 9/16/2022 | 615282 | CLEANING FEE | $275.00 |

EXHIBIT

3

QUIST, AMANDA

7944 PEARL ST

VENTURA CA 93004
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 506/NQRR |
| Arrival Date: | 9/8/2022  12:21:00 PM |
| Departure Date: | 9/16/2022 1:04:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | JKOWALIK1 |
| Room Rate: | 286.03 |
| AL: | |
| HH # | 1416245585 SILVER |
| VAT # | |
| Folio No/Che | 190288 A |

Confirmation Number: 98204249

CHICAGO NORTH/LOYOLA STATION 9/16/2022 1:03:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 9/16/2022 | 612665 | VS *8059 | $3,266.08 |
| | | **BALANCE** | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 005968 | MERCHANT ID | 000100682400 |
| CARD NUMBER | VS *8059 | EXP DATE | 06/26 |
| TRANSACTION ID | 612665 | TRANS TYPE | Sale |



LING: P/P
ENTION UPS DRIVER: SHIPPER RELEASE
SC: REFGD19954067   WAVE220176
F 1: 12242482

LQS 4.5.0 Zebra Z4M

REF:GD19954067   WAVE:220176   S 013950

Hi! We want to thank you for your
patience as we worked to make this
right. We hope you're safe & this
sweetens your day during these
times! -- Nathan James

12242482



MID-ISLAND NY 117

15 FEB 2023 PM 5 L

NIXIE          601   DE 1              0002/25/23
               RETURN TO SENDER
          ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

ANK      BC: 11795020505      *1702-09621-15-41

EXHIBIT
10



EXHIBIT

13

### 1st Stop Urgent Care & Family Practice
Raphael Argueta, M.D.
Medical Director

February 15, 2023

Re:  Patient:   Quist, Amanda
     DOB:           -1983

To Whom It May Concern:

If you have any questions, please feel free to contact me at the number below.

Best regards,

R. Jason Fajardo, MS, PA
Physician Assistant

1ST STOP URGENT CARE
& FAMILY PRACTICE
2275 LAS POSAS RD.
CAMARILLO, CA 93010

1st Stop Urgent Care & Family Practice     2275 Las Posas Rd. Camarillo, CA 93010
Phone: (805) 388-3732    Fax: (805) 987-2904     Email: 1stStopUrgentCare@gmail.com



EXHIBIT

15

# Your Property Tax Overview

**TOTAL TAXING DISTRICT DEBT ATTRIBUTED TO YOUR PROPERTY**

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$86,982** |
| **Property Value:** | **$220,790** |
| **Total Debt % Attributed to Your Property Value:** | **39.4%** |

**To see the 20-Year History of Your Property Taxes, click here.**

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

**See Details Here**

**OVERVIEW - PAYMENTS**

Property Index Number (PIN):  **14-08-203-017-1426**

BEGIN A NEW SEARCH

Scroll down for more information.



**Incorrect Image? Click Here.**

**Property Location:**
5415 N SHERIDAN RD
CHICAGO, IL 60640-1954

**Volume:** 477

**Mailing Information:**
SCOTT A NIKSICH
5415 N SHERIDAN RD
CHICAGO, IL 60640-1954

NOTICE:  The U.S. Postal Service has returned
our bills and notices!  Please update the mailing
information by clicking on this link.

## Are Your Taxes Paid?

### Tax Year 2021 (billed in 2022)    Total Amount Billed: $3,770.21

**1st INSTALLMENT - Tax Year 2021**

| | |
|---|---|
| **Original Billed Amount:** | $2,124.41 |
| **Due Date:** | 03/01/2022 |

**2nd INSTALLMENT - Tax Year 2021**

| | |
|---|---|
| **Original Billed Amount:** | $1,645.80 |
| **Due Date:** | 12/30/2022 |



| Tax: | $0.00 | Tax: | $0.00 |
| Interest: | $0.00 | Interest: | $0.00 |
| **Current Amount Due:** | $0.00 | **Current Amount Due:** | $0.00 |

**Total Amount Due:**  $0.00

**Expand Payment Details** ▼

## Tax Year 2022 (billed in 2023)   Total Amount Billed: $2,073.62

1st INSTALLMENT - Tax Year 2022

| **Original Billed Amount:** | $2,073.62 |
| Due Date: | 04/03/2023 |
| Tax: | $0.00 |
| Interest: | $0.00 |
| **Current Amount Due:** | $0.00 |

**Total Amount Due:**  $0.00

**Expand Payment Details** ▼

**About payments:**

- Payments are recorded the date they are received. They appear on the website about three business days later.
- The current amount due is as of Wednesday, August 23, 2023. Questions about payments? Contact Us.
- To find out if taxes for this PIN were sold or are delinquent for Tax Year 2020 and earlier, search the Cook County Clerk's records.

## Download Your Tax Bill

Open a PDF of your tax bill that can be printed and used to pay in person or by mail.

 **Tax Year 2021 Second Installment**  Due Friday, December 30, 2022

 **Tax Year 2022 First Installment**  Due Monday, April 3, 2023

**Stop receiving your tax bill by mail.**

 Sign up for eBilling to receive future tax bills via email.

## Are There Any Overpayments on Your PIN?

Our records do not indicate a refund available on the PIN you have entered.

## Have You Received Your Exemptions in These Tax Years?

| Type | 2021 | 2020 | 2019 | 2018 |
|---|---|---|---|---|
| Homeowner Exemption: | YES | YES | YES | YES |
| Senior Citizen Exemption: | NO | NO | NO | NO |
| Senior Freeze Exemption: | NO | NO | NO | NO |
| Returning Veteran Exemption: | NO | NO | NO | NO |
| Disabled Person Exemption: | NO | NO | NO | NO |
| Disabled Veteran Exemption: | NO | NO | NO | NO |

Tax Year 2022 exemptions granted by the Assessor will be reflected on your Second Installment tax bill.

Apply for a missing exemption

## 20-Year Property Tax Bill History

| | |
|---|---|
| Tax Year 2002: | $2,028.39 |
| Tax Year 2021: | $3,770.21 |
| **Difference:** | **+ $1,741.82** |
| **Percent Change:** | **+ 85.87%** |

See your complete property tax history.

- Read "The Pappas Study" 20-Year Property Tax History
- See the Top 50 Largest Tax Increases since 2000 by Chicago ward and suburb
- Voter Turnout 2011-2020 Chicago and Cook County Suburbs
- Cook County Suburbs - Interactive Map
- Chicago by Ward - Interactive Map

## Taxing District Debt Attributed to Your Property

| | |
|---|---|
| **Total Taxing District Debt Attributed to Your Property:** | **$86,982** |
| **Property Value:** | **$220,790** |
| **Total Debt % Attributed to Your Property Value:** | **39.4%** |

To see the 20-Year History of Your Property Taxes, click here.

Note: The above amounts are illustrations of how much government debt could be attributed to your property based on its 2021 value.

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Total Debts and Liabilities | District Property Value | Property Value | % of Taxing District Debt | Estimated Total Debts and Liabilities to Property |
|---|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $4,170,650,000 | $548,420,959,773 | $220,790 | 0.0000403% | $1,679 |
| Chicago Park District | $2,931,436,000 | $311,518,050,111 | $220,790 | 0.0000709% | $2,078 |
| Board of Education Chicago | $31,743,453,000 | $311,518,050,111 | $220,790 | 0.0000709% | $22,498 |
| Chicago Community College Dist | $498,542,277 | $311,441,348,727 | $220,790 | 0.0000709% | $353 |
| City of Chicago | $73,965,305,000 | $311,518,050,111 | $220,790 | 0.0000709% | $52,423 |
| Cook County Forest Preserve District | $548,552,253 | $557,607,500,340 | $220,790 | 0.0000396% | $217 |
| County of Cook | $19,531,125,441 | $557,607,500,340 | $220,790 | 0.0000396% | $7,734 |

**Total Taxing District Debt Attributed to Your Property:** $86,982

To read Treasurer Pappas' Debt Study and use the interactive map, click here.

## Highlights of <u>Your</u> Taxing Districts' Debt and Pension

Select a taxing district name for detailed financial data.

| Your Taxing Districts | Money Owed by Your Taxing Districts (minus Total Net Pension Liability) | Pension and Healthcare Amounts Promised by Your Taxing Districts | Amount of Pension and Healthcare Shortage | Employees | Retirees | Difference |
|---|---|---|---|---|---|---|
| Metro Water Reclamation Dist of Chicago | $3,327,854,000 | $3,020,080,000 | $1,168,985,000 | 1,972 | 2,480 | -508 |
| Chicago Park District | $1,239,907,000 | $2,096,450,000 | $1,741,894,000 | 2,904 | 2,775 | 129 |
| Board of Education Chicago | $13,815,094,000 | $29,286,255,000 | $18,349,193,000 | 43,828 | 64,140 | -20,312 |
| Chicago Community College Dist | $498,542,277 | $90,248,733 | $90,248,733 | 3,530 | 0 | 3,530 |
| City of Chicago | $41,006,546,000 | $46,652,035,168 | $35,696,602,003 | 37,601 | 49,360 | -11,759 |
| Cook County Forest Preserve District | $233,103,051 | $540,107,634 | $328,420,280 | 625 | 536 | 89 |
| County of Cook | $8,019,310,814 | $29,739,673,504 | $17,090,063,066 | 23,538 | 19,856 | 3,682 |

## Reports and Data for <u>All</u> Taxing Districts

View the financial reports filed by 547 local Taxing Districts across Cook County pursuant to the Debt Disclosure Ordinance authored by Treasurer Maria Pappas.

- Read the Executive Summary
- Read the Debt Report
- Cook County Debt Map
- Correlation Chart Between Debt and Higher Taxes
- Search your property to find out what portion of local government debt is attributed to your property
- Debt to Property Value by Municipality - Residential and Commercial
- Debt and Disclosure Data

- Browse all financial reports filed by a specific local government

BEGIN A NEW SEARCH

**DISCLAIMER:** The information on this screen comes from many sources, few of which are in the control of the Cook County Treasurer's Office. Taxpayers are advised to take personal responsibility for their PIN, property location, taxpayer address, and payment amounts posted due or paid, to be sure of their accuracy.

DocuSign Envelope ID: 706BB199-2130-4860-B5C3-8338B050E675



## MUTUAL CANCELLATION AGREEMENT
*(Use only with Multi-Board 7.0)*



1 With reference to the Real Estate Contract dated ___August 27___, 20 _22_ for the sale of the
2 Real Estate commonly known as __5415 N. Sheridan Ave., Unit 3303, Chicago, IL 60660__,
3 entered into by __Robert T. Self_____, Seller
4 and __Amanda Quist_____, Buyer,

5 it is hereby agreed by and between the Parties that **the Contract is null and void. Disbursement**
6 **of the Earnest Money is subject to the written direction of the Seller and Buyer only or as**
7 **otherwise provided by law and not upon the oral or written direction of any of the real estate**
8 **professionals involved in the transaction.**

9 Escrowee is hereby authorized and directed to disburse the Earnest Money as follows:

10 $ __$0.00_____ to Buyer, at: _____, _____
11 or as otherwise agreed to by the Parties.          Address                     City/State/Zip

12 $ __$3,000_____ to Seller, at: 6007 N. Sheridan Road, Unit #31E , Chicago, IL 60660
13 or as otherwise agreed to by the Parties.          Address                     City/State/Zip

14 _Amanda Kathryn Quist_  9/28/2022           _Robert Self_           9/28/2022 | 11:29 AM P
15 Buyer Signature            Date              Seller Signature              Date

16 _____            _Alexander Dyka_        9/28/2022 | 4:51 PM C
17 Buyer Signature            Date              Seller Signature              Date

18 © 2018 Illinois Real Estate Lawyers Association. All rights reserved. Unauthorized duplication or alteration of this form or any portion thereof is prohibited. Official form available
19 at www.irela.org (website of Illinois Real Estate Lawyers Association). Approved by the following organizations, December 2018: Belvidere Board of REALTORS® · Chicago Association of
20 REALTORS® · Chicago Bar Association · DuPage County Bar Association · Heartland REALTOR® Organization · Grundy County Bar Association · Hometown Association of REALTORS® ·
21 Illinois Real Estate Lawyers Association · Illini Valley Association of REALTORS® · Kane County Bar Association · Kankakee-Iroquois-Ford County Association of REALTORS® · Mainstreet
22 Organization of REALTORS® · McHenry County Bar Association · North Shore-Barrington Association of REALTORS® · North Suburban Bar Association · Northwest Suburban Bar
23 Association · Oak Park Area Association of REALTORS® · REALTOR® Association of the Fox Valley, Inc. · Three Rivers Association of REALTORS · Will County Bar Association ·



EXHIBIT
25