| | |
|---|---|
| **From:** | Rachel Mineo |
| **To:** | Mark Johnson |
| **Cc:** | Mason Cole; Kristine Phillips; Kathleen Damptz; Melissa Martinez |
| **Subject:** | 22-cv-06618 Quist v. Park Tower Condominium Association et al |
| **Date:** | Thursday, September 21, 2023 6:15:00 PM |

Good evening, Mark,

I have left four messages over the past ten days or so in an effort to not only discuss your Client's response to our recent settlement offer, but also to confer regarding the specific deficiencies in your Client's discovery responses. Please let me know your availability tomorrow or Monday to discuss.

Thanks,
Rachel

**Rachel M. Mineo**
Associate Attorney
1 East Wacker Drive | 3400 | Chicago | IL | 60601
PH 312.422.6100 | DIR 312.422.6150



O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS

Alexandria, VA ▲ Boston, MA ▲ Charlotte, NC ▲ Chicago, IL
Columbia, MD ▲ Denver, CO ▲ Detroit, MI ▲ Hermosa Beach, CA
Las Vegas, NV ▲ Los Angeles, CA ▲ New York City, NY
Norfolk, VA ▲ Orange County, CA ▲ Philadelphia, PA
Pittsburgh, PA ▲ Portland, OR ▲ Princeton, NJ ▲ Richmond, VA
San Francisco, CA ▲ Washington, D.C. ▲ Wilmington, DE

OHaganMeyer.com

This message is intended only for the individual or entity to which it is addressed and may contain information that is attorney work product, privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and destroy the original message. Thank you.



EXHIBIT E