UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| AMANDA QUIST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. Case No.: 2022-CV-06618 ) |
| PARK TOWER CONDOMINIUM ASSOCIATION | ) Judge Rebecca R. Pallmeyer ) ) Magistrate Judge Young B. Kim |
| and | ) ) |
| THE HABITAT COMPANY, | ) ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF**

Plaintiff Amanda Quist, by and through her attotneys, Cole Sadkin, LLC. Hereby respond to the Defendants, Park Tower Condominium Association (the "Association") and The Habitat Company, LLC ("Habitat" or "Defendant"), by its attorneys, Kristine S. Phillips and Rachel M. Mineo of O'Hagan Meyer LLC, Rule 36 of the Federal Rules of Civil Procedure requests for admission as follows:

**REQUESTS AND RESPONSES**

1. Admit that your date of birth is September 29, 1983.

    **ANSWER:** Admit

2. Admit that your email address is amandakquist83@gmail.com.

    **ANSWER:** Admit

3. Admit that you used the email address amandakquist83@gmail.com to communicate with Defendants.

    **ANSWER:** Admit



4. Admit that the documents attached here as Exhibit A are true and accurate copies of the Service and Support Animal Application you submitted to Defendants.

**ANSWER:** Denied

5. Admit that you submitted your Service and Support Animal Application to Defendants on September 14, 2022.

**ANSWER:** Admit

6. Admit that Exhibit A does not state that you suffer from Post Traumatic Stress Disorder.

**ANSWER:** Exhibit A states that "she suffers from significant distress from prior trauma", which is Post Traumatic Stress Disorder, henceforth Plaintiff denies.

7. Admit that Exhibit A does not state that you suffer from a heart condition.

**ANSWER:** Admit

8. Admit that according to Exhibit A, you visited Dr. Maxwell Arons on September 13, 2022.

**ANSWER:** Admit.

9. Admit that the documents attached here as Exhibit B are true and accurate copies of email correspondences between you and Defendants.

**ANSWER:** Admit.

10. Admit that according to Exhibit B, Defendants informed you that your Emotional Support Animal Application was insufficient on September 20, 2022.

**ANSWER:** Denied.

11. Admit that according to Exhibit B, Defendants communicated to you that your Emotional Support Animal Application needed to establish that you maintain a genuine, therapeutic relationship with Dr. Arons.

**ANSWER:** Denied.

12. Admit that according to Exhibit B, Defendants communicated suggestions of information to you which would be sufficient to establish that you maintain a genuine, therapeutic relationship with Dr. Arons.

>**ANSWER:** Admit.

13. Admit that according to Exhibit B, Defendants offered to answer any specific questions you had regarding the information necessary to approve your Emotional Support Animal Application.

>**ANSWER:** Denied.

14. Admit that you did not submit an updated letter from Dr. Arons.

>**ANSWER:** Denied.

15. Admit that you did not provide Defendants with any additional information to have your Emotional Support Animal Application approved.

>**ANSWER:** Denied.

16. Admit that you did not participate in an interactive process with Defendants regarding your Emotional Support Animal Application.

>**ANSWER:** Plaintiff objects to this Request as it is confusing and uses undefined terms. Plaintiff can not admit or deny this request as it uses terms that are undefined such as "Interactive Process". Without waiving said objection, Plaintiff denies that she did not "interact" with the Association and Defendants as she did all apply for and used the "process" for maintaining an Emotional Support Animal Application.

17. Admit that you did not communicate directly with Defendants after September 27, 2022.

>**ANSWER:** Admit.

18. Admit that the document attached here as Exhibit C is a true and accurate copy of a Deed for the property commonly known as 6300 N. Sheridan Road, Unit 104, Chicago, Illinois 60640.

**ANSWER:** Admit.

19. Admit that according to Exhibit C, you conveyed the property commonly known as 6300 N. Sheridan Road, Unit 104, Chicago, Illinois 60640 to E&E Booker Enterprises, Inc. on September 1, 2022.

**ANSWER:** Admit.

20. Admit that the document attached here as Exhibit D is a true and accurate copy of the Deed for the property commonly known as 777 North Michigan Avenue, Unit 2705, Chicago, IL 60611.

**ANSWER:** Admit.

21. Admit that according to Exhibit D, 777 North Michigan Avenue, Unit 2705, Chicago, IL 60611 was conveyed to you on October 3, 2022.

**ANSWER:** Admit.

22. Admit that according to Exhibit D, the Deed was recorded on October 7, 2022.

**ANSWER:** Admit

23. Admit that you purchased 777 North Michigan Avenue, Unit 2705, Chicago, IL 60611 for $172,000.00.

**ANSWER:** Admit.

24. Admit that you sold 777 North Michigan Avenue, Unit 2705, Chicago, IL 60611 on or about June 7, 2023.

**ANSWER:** Admit.

25. Admit that you sold 777 North Michigan Avenue, Unit 2705, Chicago, IL 60611 for $195,000.00.

**ANSWER:** Admit.

26. Admit that the document attached here as Exhibit E is a true and accurate copy of a letter sent on your behalf to Defendants dated October 20, 2022 related to your potential purchase of 5415 North Sheridan Road, Unit 3303 in the Association.

    **ANSWER:** Admit.

27. Admit that Exhibit E contains no reference to Defendants refusing to allow you to retrieve packages or furniture.

    **ANSWER:** Admit.

28. Admit that Exhibit E contains no reference to anyone allegedly referring to you as a "monkey".

    **ANSWER:** Admit.

29. Admit that Exhibit E contains no reference to anyone allegedly referring to you as any derogatory name.

    **ANSWER:** Admit.

30. Admit that you never brought any complaints or allegations of harassment to Defendants at any time prior to filing the Complaint in this case.

    **ANSWER:** Denied.

Dated: July 21, 2023

Answered by,

*Amanda Quist*
ID Ki8dMPVTrPZVoYSSNZ62Rf2z

Amanda Quist

                                                                      Respectfully Submitted,

                                                                       By: /s/ Mark Johnson
                                                                       One of Plaintiff's Attorneys

COLE SADKIN LLC
Mason S. Cole
Dean Tatooles
Dean Barakat
Mark Johnson
1652 W BELMONT AVE, STE 1
CHICAGO, ILLINOIS 60657
T: (312) 548-8610
F: (312) 372-7076
Firm ID: 49001
mcole@colesadkin.com
mjohnson@colesadkin.com

## **VERIFICATION**

Under penalties as provided by law, the undersigned, Amanda Quist, herein, certifies that the statements set forth in the above Responses to Defendants' Requests to Admit are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: July 21, 2023

                                                                       *Amanda Quist*
                                                                      ID Ki8dMPVTrPZVoYSSNZ62Rf2z

                                                                      Amanda Quist

## eSignature Details

**Signer ID:** **Ki8dMPVTrPZVoYSSNZ62Rf2z**
Signed by: Amanda Quist
Sent to email: amandakquist83@gmail.com
IP Address: 207.181.214.226
Signed at: Jul 24 2023, 10:00 am CDT