# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Amanda Quist

                                         Plaintiff,

v.                                                   Case No.: 1:22−cv−06618
                                                  Honorable Rebecca R. Pallmeyer

Park Tower Condominium Association, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: In−person motion hearing held. Defendant's motion to compel discovery [28] is granted in part and denied in part. On or before October 31, 2023, the Plaintiff is directed to supplement discovery as directed on the record. Additionally, on that date, the parties are to confer and notify the courtroom deputy of their interest in a referral to the magistrate judge for settlement purposes or a request for the court's involvement. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.