UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| AMANDA QUIST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. Case No.: 2022-CV-06618 |
| | ) |
| PARK TOWER CONDOMINIUM ASSOCIATION | ) Judge Rebecca R. Pallmeyer |
| | ) |
| | ) Magistrate Judge Young B. Kim |
| and | ) |
| | ) |
| THE HABITAT COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This matter having been resolved by the Parties with all issues settled and agreed upon, it is hereby ordered:

1. Plaintiff hereby dismisses this matter with prejudice as it has been resolved through settlement.

Dated: December 6, 2023

                                                  REBECCA R. PALLMEYER
                                                  United States District Judge

COLE SADKIN, LLC
Mark Johnson
1652 W. Belmont
Chicago, IL 60657
*Attorneys for Plaintiff*